UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKIE MONEGRO, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>    -against-<br><br>SPARKFUN ELECTRONICS INC.,<br><br>      Defendant. | **ORDER OF REFERENCE**<br>**TO A MAGISTRATE JUDGE**<br>21 Civ. 1296 (PGG) (RWL) |

PAUL G. GARDEPHE, U.S.D.J.:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute:*<br>_____<br>If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>_____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: _____<br><br>Habeas Corpus<br><br>Social Security |
| ☐ | Settlement* | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ☐ | Inquest After Default/ Damages Hearing | | Particular Motion: _____<br>All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated: New York, New York
February 17, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge