UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, on behalf of himself and
all others similarly situated,

    Plaintiff,

    v.                                  CASE NO.: 1:21-cv-1296

SPARKFUN ELECTRONICS, INC.

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 27, 2021

| For Plaintiff Frankie Monegro | For Defendant Sparkfun Electronics, Inc |
|---|---|
| Mark Rozenberg<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | Myriah Jaworski<br>Beckage PLLC<br>Liberty Building 420 Main Street Suite 1100<br>Buffalo, NY 14202<br>Ph: 716-898-2102<br>mjaworski@beckage.com |

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: June 1, 2021

## CERTIFICATE OF SERVICE

I certify that on May 28, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Mark Rozenberg*
                                            Mark Rozenberg
                                            **Stein Saks, PLLC**
                                            285 Passaic Street
                                            Hackensack, NJ 07601
                                            *Attorneys for Plaintiff*